No. —, original. Ex PARTE STEVE. October 14, 1935. The motion for leave to file a petition for writ of habeas corpus is denied, without prejudice to appropriate applica-

542

tion to the proper District Court of the United States or Judge. *Mr. Gorham O. Steve, pro se.*